PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Virginia K. DeMarchi<br>United States Magistrate Judge | RE: | RICARDO AVILA |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 5:24-cr-00298-EJD-1 |
| Date: | 8/15/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Gustavo Rangel                                                                 (408) 535-5226

U.S. Pretrial Services Officer                                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 __in person__ on __August 19, 2025__ at __1:00 p.m.__ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   A.
   B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:

   Mr. Avila shall submit to drug testing by Pretrial Services before the bail hearing.

_Virginia K. DeMarchi_                                     _August 15, 2025_
**JUDICIAL OFFICER**                                          **DATE**