1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   SOPHIA WHITING
3  Assistant Federal Public Defender
   8th Floor, Suite 820
4  55 South Market Street
   San Jose, CA 95113
5  Telephone:    (408) 291-7753
   Facsimile:    (408) 291-7399
6  Email: Sophia_Whting@fd.org
7
   Counsel for Defendant
8  AVILA
9

10            IN THE UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA | Case No. CR 24–298 EJD (VKD)
15 |         Plaintiff,       | **STIPULATION TO VACATE STATUS
16 |         v.               | CONFERENCE; [P~~ROPOSED~~] ORDER
17 | RICARDO AVILA,           | RE STATUS CONFERENCE BEFORE
18 |         Defendant.       | MAGISTRATE JUDGE**
19

20
21     Ricardo Avila and the Government, by and through their respective counsel, stipulate and
22 agree, with the Court's approval, that the status conference currently set for August 25, 2025 be
23 vacated. The parties wish to vacate the hearing because the defendant will be in New Bridge residential
24 drug treatment program and unable to attend the hearing
25
26     IT IS SO STIPULATED.
27
28

STIPULATION AND [PROPOSED] ORDER
*AVILA*, CR 24–298 EJD

1

Dated: August 22, 2025

JODI LINKER
Federal Public Defender

_____/s/_____
Sophia Whiting
Assistant Federal Public Defender

Dated: August 22, 2025

_____/s/_____
Jeffrey A. Backhus
Assistant United States Attorney

[~~PROPOSED~~] **ORDER** AS MODIFIED BY THE COURT

Upon stipulation of the parties and good cause appearing, the Court hereby ORDERS that the status conference set for August 25, 2025 **at 1:00 p.m. before Judge DeMarchi** is hereby VACATED.

IT IS SO ORDERED.

DATED: August 22, 2025

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
*AVILA*, CR 24–298 EJD

2