## PROPOSED ORDER/COVER SHEET

**TO:**   **Honorable Virginia K. DeMarchi**          **RE:**   **RICARDO AVILA**
              **United States Magistrate Judge**

**FROM:**  **Silvio Lugo, Chief**                      **Docket No.:**   **5:24-cr-00298-EJD-1**
              **U.S. Pretrial Services Officer**

**Date:**    **1/21/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel                                           (408) 535-5226

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge _____ Presiding  District Court Judge _____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

      **A.**
      **B.**

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[X]  Other Instructions:

      The Court addressed the alleged violation at the status conference held on January 21, 2026.

      _____

**JUDICIAL OFFICER**                    January 21, 2026
                                           **DATE**