**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Virginia K. DeMarchi**<br>**U.S. Magistrate Judge** | **RE:** | **Ricardo Avila** |
| **FROM:** | **Silvio Lugo, Chief**<br>**U.S. Pretrial Services Officer** | **Docket No.:** | **5:24-cr-00298-EJD-1** |
| **Date:** | **October 19, 2026** | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Shafia Khanoon | 408 535 5231 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 in person on October 23, 2026 at 1:00 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________ Presiding District Court Judge ____________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s): Pretrial Services respectfully recommends the following conditions be added to the defendant's bond:

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☒ Other Instructions:

Will trail regular criminal duty calendar, if necessary.

| | |
|---|---|
| Virginia K. DeMarchi | October 19, 2026 |
| **JUDICIAL OFFICER** | **DATE** |